MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARY G. FRY (CASBN 85582)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00195 EJD |
|---|---|---|
| Plaintiff | ) | **UNITED STATES' MOTION TO CONTINUE STATUS HEARING** |
| v. | ) | |
| NICOLAS SERRANO, RAFAEL CACIQUE, JR., | ) | Date: January 23, 2012<br>Time: 1:30<br>Court: Honorable Edward J. Davila |
| Defendant | ) | |

COMES NOW THE UNITED STATES OF AMERICA, plaintiff herein, represented by Assistant United States Attorney Gary G. Fry, and files its motion to continue the status hearing, currently set for Monday January 23, 2012, for two weeks, *i.e.*, to February 6, 2012. In furtherance of said motion, counsel for the United States says the following.

Since the date of January 23 was set, I have learned that the Honorable James Ware, Chief Judge of the Northern District of California, has set a hearing on a defendant's motion for the same time and date, in San Francisco. It is a motion for early termination of supervised release in United States v. Tony Si, CR 99-20045 (JW). The defendant wants to accept an offer of employment overseas. The United States has filed a brief in opposition to the motion. This appearance is, therefore, not *pro forma*, and I would prefer not to ask another prosecutor to cover

1  it for me. A continuance in the <u>Tony Si</u> motion would have at least the potential to interfere with
2  the job offer in the event the motion is granted. For these reasons I prefer to seek a continuance in
3  the status hearing on <u>Serrano</u> and <u>Cacique</u> instead.
4      I have discussed my desire for a continuance with James Mc Nair Thompson, Esq.,
5  counsel for Nicholas Serrano. He has told me, via email, that he does not oppose my motion, and
6  that I may so inform the court.
7      I have also discussed this matter, indirectly, with counsel for Mr. Cacique,  Eugene
8  Martinez Esq.. I contacted a non-lawyer member of his staff, Ms. Denise Garcia who, in turn, was
9  able to contact Mr. Martinez via telephone. She called me back and told me that Mr. Martinez did
10 not oppose my motion.
11     Based on the foregoing, the United States moves for a two week continuance of the status
12 hearing, *i.e.*, to February 6, 2012, at 1:30 p.m.

Date:   1/20/2012                          Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney


                                            /s/

                                    GARY G. FRY
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00195 EJD |
| Plaintiff ) | [~~PROPOSED~~] ORDER OF THE COURT CONTINUING STATUS HEARING |
| v. ) | |
| NICOLAS SERRANO, ) RAFAEL CACIQUE, JR., ) | |
| Defendant ) | |

Based on motion by the United States, without objection by either defendant, and for good cause shown, the court ORDERS that the status hearing currently set for Monday, January 23, 2012, is CONTINUED for two weeks until Monday, February 6, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Date: January 20, 2012

HONORABLE EDWARD J. DAVILA
United States District Court Judge