1  Eugene J. Martinez, Esq.
   Law Offices of Eugene J. Martinez
2  146 Central Avenue
   Salinas, California 93901
3  Telephone: (831) 754-1234
   Facsimile: (831) 751-7797
4  CA State Bar No. 81209

5  Attorney for defendant Rafael Cacique

**IT IS SO ORDERED AS MODIFIED**
/s/ Edward J. Davila
Judge Edward J. Davila

8/3/2012

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NICOLAS SERRANO,<br>RAFAEL CACIQUE,<br>　　　　　　　Defendants.<br>_____ | Case No. CR 10-00195-EJD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING FROM AUGUST 6, 2012 TO SEPTEMBER 10, 2012<br><br>Date:　August 6, 2012<br>Time:　1:30 p.m.<br>Court:　The Hon. Edward J. Davila |

　　　　The undersigned counsel jointly request that the status hearing in this case be continued from August 6, 2012 at 1:30 p.m. until September 10, 2012 at 1:30 p.m. based upon this court's unavailability to hear the status hearing on August 6, 2012. The courtroom Deputy Clerk has indicated that the selected date and time are available on this Court's calendar.

IT IS SO STIPULATED BY THE PARTES:

Dated: August 03, 2012　　　Signed: /s/Eugene J. Martinez
　　　　　　　　　　　　　　　　　　　Eugene J. Martinez
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT RAFAEL CACIQUE

Dated: August 03, 2012　　　Signed: /s/James Thompson
　　　　　　　　　　　　　　　　　　　James M. Thompson
　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT NICOLAS SERRANO

Dated: August 03, 2012　　　Signed: /s/Gary Fry
　　　　　　　　　　　　　　　　　　　Gary Fry
　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY

1     For the foregoing reasons, the Court continues the status hearing in this case from August 6, 2012 at 1:30 p.m. to September 10, 2012 at 1:30 p.m.

    While the parties fail to include the exclusion of time for their request, the Court excludes time from August 6, 2012 through September 10, 2012 as to each defendant under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

    Further stipulations for continuance should include a proper exclusion of time.

Dated: August 3, 2012

                                                             United States District Judge