1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 13 UNITED STATES OF AMERICA, | ) | No. CR 10-00195 EJD |
| | ) | |
| 14     Plaintiff | ) | **[PROPOSED] ORDER OF THE COURT CONTINUING STATUS HEARING; TAKING MOTION FOR BILL OF PARTICULARS OFF CALENDAR; AND EXCLUDING TIME** |
| 15     v. | ) | |
| 16 NICOLAS SERRANO, RAFAEL CACIQUE, JR., | ) | |
| 17     Defendant | ) | |
| 18 | ) | |

   Based on a stipulated motion by all parties, and for good cause shown, the court ORDERS that the status hearing currently set for Monday, March 25, 2013, is CONTINUED for three weeks until Monday, April 15, 2013, at 1:30 p.m. The court further ORDERS that the motion for a bill of particulars filed by defendant Rafael Cacique, Jr., be taken off calendar without prejudice to Mr. Cacique's right to re-notice it later if he so desires.

   Further, the court FINDS that the period of time between March 25, 2013, and April 15, 2013, may be excluded from the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq.*, based on the need

//

1  for effective preparation by the prosecution

2      IT IS SO ORDERED.

3

4  Date: 3/22/2013

                        HONORABLE EDWARD J. DAVILA
5                          United States District Court Judge

Order Continuing Status Hearing
[CR 10-00195 EJD ]        2